COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Schindler Elevator Corporation

Appellate case number:    01-21-00177-CV

Trial court case number:   2018-56368

Trial court:              129th District Court of Harris County

On April 9, 2021, H. Christopher Bartolomucci, filed a motion for admission pro hac vice seeking admission to appear before the Court in this appeal on behalf of relator, Schindler Elevator Corporation. Christopher Trent, a licensed Texas attorney, and local counsel for relator, filed a motion in support of Mr. Bartolomucci's pro hac vice motion. The motion conforms to Rule XIX of the Texas Rules Governing Admissions to the Bar of Texas. *See* TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (West 2018).

The motion in support of Mr. Bartolomucci's pro hac vice motion includes a certificate of conference stating that no party is opposed to the relief sought by the motion for admission pro hac vice. *See* TEX. R. APP. P. 10.3. Accordingly, the motion for admission pro hac vice of H. Christopher Bartolomucci is **granted**.

It is so ORDERED.


Judge's signature: ____/s/ Amparo Guerra_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: __April 15, 2021____